**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5: 05-CR-49 (DF) |
| **DARIUS TYREE DANIEL**, | RE: SUPERVISED RELEASE VIOLATION |
| Supervised Releasee | |

**O R D E R**

DARIUS TYREE DANIEL, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, heretofore appeared before the undersigned on May 3, 2006, with counsel, Mr. Lester Miller, for hearing under provisions of Rule 32.1 of the *Federal Rules of Criminal Procedure*. At that time, he was advised of the allegations made against him in a PETITION FOR ACTION ON SUPERVISED RELEASE, of his right to retain legal counsel or to request appointment of counsel under the Criminal Justice Act, and of his right to a preliminary hearing under Rule 32.1(b)(1). The government moved the court to detain the supervised releasee pending any final revocation hearing; Mr. Daniel requested a preliminary hearing. The undersigned this day conducted a preliminary hearing and a detention hearing at which Mr. Miller represented the supervised releasee and the government was represented by Assistant U. S. Attorney Michael T. Solis.

Upon consideration of the testimony of Detective Clay Newsome of the Macon Police Department, Violent Crimes Unit, as well as argument of counsel, the undersigned finds that there is probable cause to believe that Mr. Daniel committed the state felony offense of AGGRAVATED ASSAULT on or about December 1, 2005, by shooting an assault rifle into a crowd of people at or near 846 Rose View Drive, Macon, Georgia. The court further finds that under provisions of 18 U.S.C. §3143(a), release from custody at this time is inappropriate in this case because the supervised releasee poses a threat to the safety of the community as evidenced by his violent behavior on December 1st. There are no conditions or combination of conditions which will assure the safety of the community were Mr. Daniel to be released from custody. Therefore, IT IS ORDERED AND DIRECTED that DARIUS TYREE DANIEL be **DETAINED** by the United States Marshal.

While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding.  Said supervised releasee shall appear before the Honorable Duross Fitzpatrick, district judge, for a FINAL REVOCATION HEARING as directed by Judge Fitzpatrick.

The Clerk of Court is directed to forward this order and the within file to Judge Fitzpatrick for the scheduling of said FINAL HEARING.

SO ORDERED AND DIRECTED, this 8th day of MAY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE